AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

## *District of Rhode Island*

**UNITED STATES OF AMERICA**

v.

JOSE PEREZ

**WARRANT FOR ARREST**

CASE NUMBER: CR07-113S

RECEIVED
U.S. MARSHALS SERVICE
AUG 22 2007
District of Rhode Island

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest JOSE PEREZ
Name

and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

FALSE STATEMENTS IN APPLICATION FOR A U.S. PASSPORT

in violation of Title 18 United States Code, Section(s) 1542

JEANNINE NOEL
Name of Issuing Officer

J. Noel
Signature of Issuing Officer

DEPUTY CLERK
Title of Issuing Officer

August 22, 2007 - PROVIDENCE, RI
Date and Location

Bail fixed at $ ______ by ______
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| at New York, NY by State Department | | |
| DATE RECEIVED 08/22/07 | NAME AND TITLE OF ARRESTING OFFICER CJ Wyant SDUSM | SIGNATURE OF ARRESTING OFFICER C Wyant |
| DATE OF ARREST 02/02/08 | | |

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.