UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES COURTHOUSE
500 PEARL STREET
ROOM 520
NEW YORK, NEW YORK 10007

DATE: FEB. 5, 2008

CLERK,
UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND
119 FEDERAL BUILDING AND UNITED STATES COURTHOUSE
ONE EXCHANGE TERRACE
PROVIDENCE, RI. 02903-1720

RE: USA - V - JOSE PEREZ

SDNY MAG. DOCKET # 08 MAG. 226

DEAR SIR/MADAM:

REFERRING TO THE ABOVE CAPTIONED MATTER, PLEASE BE ADVISED, FOR RECORD PURPOSES, THAT THIS MATTER HAS BEEN DISPOSED OF AS FOLLOWS:

(xxxx) 1. DEFENDANT (UPON WAIVER OF HEARING) REMANDED TO THE U.S. MARSHAL FOR REMOVAL.

( ) 2. DEFENDANT (UPON WAIVER OF HEARING) BAILED FOR HIS APPEARANCE IN YOUR DISTRICT. BOND ENCLOSED.

( ) 3. PROCEEDINGS DISMISSED INCIDENT TO TURNOVER OF DEFENDANT IN STATE EXTRADITION PROCEEDING.

( ) 4. COMPLAINT DISMISSED BY YOUR DISTRICT.

PLEASE ACKNOWLEDGE RECEIPT OF RULE 5(c)(3) DOCUMENTS ON COPY OF THIS LETTER.

YOURS TRULY,

J. MICHAEL MCMAHON
CLERK OF COURT

BY [signature]
DEPUTY CLERK

GILBERT QUAN

CLOSED

# U.S. District Court
# United States District Court for the Southern District of New York (Foley Square)
# CRIMINAL DOCKET FOR CASE #: 1:08-mj-00226-UA All Defendants
# Internal Use Only

Case title: USA v. Perez

Date Filed: 02/04/2008
Date Terminated: 02/04/2008

---

Assigned to: Judge Unassigned

**Defendant (1)**

**Jose Perez**
*TERMINATED: 02/04/2008*

represented by **Robert M. Baum**
Federal Defenders of New York Inc. (NYC)
52 Duane Street
10th Floor
New York, NY 10007
212-417-8700
Fax: 212-571-0392
Email: robert_baum@fd.org
*LEAD ATTORNEY*
*Designation: Public Defender or Community Defender Appointment*

A TRUE COPY
UNITED STATES MAGISTRATE
FOR THE SOUTHERN DISTRICT OF N.Y.
DEPUTY CLERK

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

| Terminated Counts | Disposition |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| Complaints | Disposition |
|---|---|
| 18:1542:FALSE STATEMENT IN APPLICATION/ USE OF PASSPORT. | |

---

**Plaintiff**

**USA**

represented by **Rebecca Anne Rohr**
U.S. Attorney's Office
One St. Andrew's Plaza
New York, NY 10007
(212)-637-2531
Fax: (212)-637-2527
Email: rebecca.rohr@usdoj.gov
*LEAD ATTORNEY*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/04/2008 | 1 | RULE 5(c)(3) AFFIDAVIT (District of Rhode Island) of Andrew R. Curran, Special Agent, Diplomatic Security Service, as to Jose Perez. (Signed by Judge Magistrate Judge Douglas F. Eaton on 2/4/2008) (gq) (Entered: 02/05/2008) |
| 02/04/2008 | | Arrest (Rule 5(c)(3)) of Jose Perez. (gq) (Entered: 02/05/2008) |
| 02/04/2008 | 2 | CJA 23 Financial Affidavit by Jose Perez. I appoint Federal Defender Robert Baum. (Signed by Judge Magistrate Judge Douglas F. Eaton) (gq) (Entered: 02/05/2008) |
| 02/04/2008 | 3 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Jose Perez. Robert M. Baum for Jose Perez appointed. (Signed by Magistrate Judge Douglas F. Eaton on 2/4/2008)(gq) (Entered: |

| | | |
|---|---|---|
| | | 02/05/2008) |
| 02/04/2008 | 4 | NOTICE OF ATTORNEY APPEARANCE: Robert M. Baum appearing for Jose Perez. (gq) (Entered: 02/05/2008) |
| 02/04/2008 | | Minute Entry for proceedings held before Magistrate Judge Douglas F. Eaton:Initial Appearance as to Jose Perez held on 2/4/2008. (gq) (Entered: 02/05/2008) |
| 02/04/2008 | | Minute Entry for proceedings held before Magistrate Judge Douglas F. Eaton:Initial Appearance in Rule 5(c)(3) Proceedings as to Jose Perez held on 2/4/2008. Deft appears with Federal Defender atty Robert Baum. AUSA Rebecca A. Rohr present for the gov't. Spanish interpreter present.Deft requests the Gov't to nofify Dominican Consulate. AUSA Rohr states that the Gov't has already done so. ID Hearing waived. Deft to be removed. Control date set for 2/15/2008 at 10:00 A.M. (gq). (Entered: 02/05/2008) |
| 02/04/2008 | 5 | ORDER FOR MEDICAL ATTENTION as to Jose Perez. (Signed by Magistrate Judge Douglas F. Eaton on 2/4/2008)(gq) (Entered: 02/05/2008) |
| 02/04/2008 | 6 | ORDER OF REMOVAL from the U.S.D.C. Southern District of New York to the United States District Court - District of Rhode Island, as to Jose Perez. (Signed by Magistrate Judge Douglas F. Eaton on 2/4/2008)(gq) (Entered: 02/05/2008) |
| 02/04/2008 | | (Court only) ***Terminated defendant Jose Perez. (gq) (Entered: 02/05/2008) |
| 02/04/2008 | | (Court only) ***Case Terminated as to Jose Perez. (gq) (Entered: 02/05/2008) |
| 02/04/2008 | 7 | RULE 5(c)(3) DOCUMENTS SENT as to Jose Perez from the U.S.D.C. Southern District of New York to the United States District Court - District of Rhode Island. Sent original file along with documents numbered 1-6, certified copies of: Rule 5(c)(3) Documents, the docket sheet, and letter of acknowledgment, on 2/4/2008. (gq) (Entered: 02/05/2008) |

ORIGINAL

Approved: Rebecca Rohr
REBECCA A. ROHR
Assistant United States Attorney

U.S. DISTRICT COURT FILED FEB 04 2008 S.D. OF N.Y.

Before: HONORABLE DOUGLAS F. EATON
United States Magistrate Judge
Southern District of New York

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

08 MAG 0226

- - - - - - - - - - - - - - - - - - - - -x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 08 Mag. |
| -v.- | : | |
| JOSE PEREZ, | : | RULE 5(c)(3) AFFIDAVIT |
| | : | |
| Defendant. | : | |

- - - - - - - - - - - - - - - - - - - - -x

DOC

SOUTHERN DISTRICT OF NEW YORK, ss:

ANDREW R. CURRAN, being duly sworn, deposes and says that he is a Special Agent with the Diplomatic Security Service, and charges as follows:

On or about August 22, 2007, the United States District Court for the District of Rhode Island issued a warrant for the arrest of "Jose Perez" in connection with an indictment charging him with making a false statement in an application for a passport in violation of Title 18, United States Code, Section 1542. Copies of the arrest warrant and indictment are attached hereto and are incorporated by reference herein.

I believe that JOSE PEREZ, the defendant, who was arrested on February 2, 2008 in the Southern District of New York, is the same individual as the "Jose Perez" who is wanted in the District of Rhode Island.

The bases for my knowledge and for the foregoing charges are, in part, as follows:

1. I am a Special Agent with the Diplomatic Security Service, and I was assigned to assist in the arrest of an individual who is the subject of an arrest warrant issued in the

A TRUE COPY
UNITED STATES MAGISTRATE
FOR THE SOUTHERN DISTRICT OF N.Y.
DEPUTY CLERK

District of Rhode Island. Where I report statements made by others, those statements are described in substance and in part, unless otherwise noted.

2. I learned that on or about August 22, 2007, a warrant had issued for "Jose Perez" in the District of Rhode Island based on an indictment in United States v. Jose Perez, No. 07-CR-113, charging Perez with making a false statement in an application for a passport, in violation of Title 18, United States Code, Section 1542.

3. I learned that on or about February 2, 2008, at approximately 7:30 p.m., JOSE PEREZ, the defendant, was arrested under another name, "Luis Trinidad," by the New York City Police Department in the Bronx for driving with a suspended driver's license, in violation of New York State law. On February 2, 2008, I took custody of PEREZ, who said, in substance and in part, that he was named "Jose Perez" and that he was born on January 26, 1978.

4. In connection with his arrest, JOSE PEREZ, the defendant, was fingerprinted. On February 3, 2008, at approximately 1:00 a.m., I learned the fingerprints of JOSE PEREZ, a/k/a Luis Trinidad, matched the fingerprints in a database of the Federal Bureau of Investigation ("FBI") for "Jose Perez," the subject of the warrant issued by the District of Rhode Island.

5. I have reviewed records contained in a FBI database. The birth date provided to me by JOSE PEREZ, the defendant, of January 26, 1978, matches the birth date for "Jose Perez" contained in the FBI database.

6. Based on the above, I determined that JOSE PEREZ, the defendant, was the same individual as "Jose Perez" for whom the warrant had been issued.

WHEREFORE, deponent prays that JOSE PEREZ, the defendant, be bailed or imprisoned, as the case may be.

ANDREW R. CURRAN
Special Agent
Diplomatic Security Service

Sworn to before me this
4th day of February, 2008

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

DOUGLAS F. EATON
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

## *District of Rhode Island*

UNITED STATES OF AMERICA

v.

JOSE PEREZ

**WARRANT FOR ARREST**

CASE NUMBER: CR07-113S

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest JOSE PEREZ
Name

and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

FALSE STATEMENTS IN APPLICATION FOR A U.S. PASSPORT

in violation of Title 18 United States Code, Section(s) 1542

JEANNINE NOEL
Name of Issuing Officer

DEPUTY CLERK
Title of Issuing Officer

Signature of Issuing Officer

August 22, 2007 - PROVIDENCE, RI
Date and Location

Bail fixed at $ ______ by ______
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| at | | |
| DATE RECEIVED 02/02/08 | NAME AND TITLE OF ARRESTING OFFICER SPECIAL AGENT ANDREW CURRAN | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 02/02/08 | | |

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.

IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CR 07 113S |
| v. | : | Cr. No. |
| | : | In Violation of |
| JOSE PEREZ | : | 18 U.S.C. 1542 |

FILED AUG 2 2 [illegible] U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND

INDICTMENT

The Grand Jury charges:

COUNT I

That on or about February 9, 2006, in the District of Rhode Island, the defendant, JOSE PEREZ did willfully and knowingly make a false statement in an application for a passport with intent to secure the issuance of a passport under the authority of the United States for his own use, contrary to the rules regulating the issuance of passports: that is, he did give a false name and place and date of birth.

In violation of 18 U.S.C. § 1542.

A TRUE BILL

REDACTED

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

ZECHARIAH CHAFEE
Assistant U.S. Attorney

STEPHEN G. DAMBRUCH
Chief, Criminal Division

8/22/07
DATE

CR 07 113S

PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ INFORMATION ☒ INDICTMENT ☐ COMPLAINT

CASE NO. ____________

Matter Sealed: ☐ Juvenile ☐ Other than Juvenile

☐ Pre-Indictment Plea ☐ Superseding ☐ Defendant Added
☐ Indictment ☐ Charges/Counts Added
☐ Information

Name of District Court, and/or Judge/Magistrate Location (City)

UNITED STATES DISTRICT COURT DISTRICT OF RHODE ISLAND
Divisional Office

Name and Office of Person Furnishing Information on THIS FORM: ROBERT CLARK CORRENTE
☐ U.S. Atty ☐ Other U.S. Agency
Phone No. ____________

Name of Asst. U.S. Attorney (if assigned): ZECHARIAH CHAFEE

USA vs.

Defendant: JOSE PEREZ

Address: 161 Adelaide Avenue, 2nd Floor
Providence, RI 02907

☐ Interpreter Required Dialect: ____________

Birth Date: 1/26/1978

☑ Male ☐ Female

☐ Alien (if applicable)

Social Security Number: 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

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)
Bureau of Immigration & Customs Enforcement

☐ person is awaiting trial in another Federal or State Court (give name of court)
US DEPARTMENT OF STATE

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Atty ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.) — SHOW DOCKET NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under — MAG. JUDGE CASE NO.

Place of offense ____________ County

### DEFENDANT

Issue: ☑ Warrant ☐ Summons

Location Status:

Arrest Date ____________ or Date Transferred to Federal Custody ____________

☐ Currently in Federal Custody
☐ Currently in State Custody
☐ Writ Required
☐ Currently on bond
☐ Fugitive

Defense Counsel (if any): ____________

☐ FPD ☐ CJA ☐ RET'D
☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

### OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS

Total # of Counts 1

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Felony/Misd. |
|---|---|---|---|
| | Count 1 - 18 USC 1542 | Flase Staetments in Application for a U.S. Passport | ☒ Felony ☐ Misdemeanor |
| | 20 Years Imprisonment; $250,000 fine; | | ☐ Felony ☐ Misdemeanor |
| | 3 Years Supervised Release; and | | ☐ Felony ☐ Misdemeanor |
| | $100 Special Assessment | | ☐ Felony ☐ Misdemeanor |
| | Estimated Trial Days: 3 | | ☐ Felony ☐ Misdemeanor |

I H-11.Revised 8/2005

U.S. DISTRICT COURT FILED FEB 04 2008 S.D. OF N.Y.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

– v –

Jose Perez

Defendant

ORDER APPOINTING COUNSEL
(Federal Defenders of New York, Inc.)

Docket # 08 Mag 226

Because the above name defendant has testified under oath or otherwise satisfied this Court that he or she: (1) is financially unable to employ counsel, and (2) does not wish to waive counsel, and because the interest of justice so require, the FEDERAL DEFENDERS OF NEW YORK, INC. is hereby appointed to represent the defendant in the above designated case for the following purpose:

Check one) ✓ all proceedings

______ bail/presentiment only

______ other (specify) Robert Baum

If the case proceeds to the U.S. District Court, the appointment shall remain in effect until terminated or a substitute attorney is appointed.

Date 2/4/08

/s/ Douglas F. Eaton
Signature of U.S. Judge or Magistrate Judge
or by order of the Court:

Gilbert Jean
Clerk or Deputy

TO: J. MICHAEL McMAHON, CLERK
United States District Court
Southern District of New York

Federal Defenders of New York, Inc.
52 Duane Street, 10th Floor
New York, New York 10007

UNITED STATES MAGISTRATE
FOR THE SOUTHERN DISTRICT OF N.Y.
DEPUTY CLERK

Copy 1 – Retain in Magistrate Judge File
Copy 2 – To Federal Defenders of New York, Inc.
Copy 3 – To U.S.D.C. Clerks Office (Attn: C.J.A. Clerk)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

U.S. DISTRICT COURT FILED FEB 04 2008 S.D. OF N.Y.

UNITED STATES OF AMERICA
against
Jose Perez

(Alias)__________

Please PRINT Clearly.

08 Mag 226
DOCKET NO. ASSIGNED
JUDGE OR MAGISTRATE JUDGE

NOTICE OF
APPEARANCE 4

TO: J. MICHAEL MCMAHON, CLERK.

SIR: YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS (Please check one)

1.[ ] CJA 2.[ ] RETAINED 3.[✓] PUBLIC DEFENDER (Legal Aid)

ADMITTED TO PRACTICE IN THIS COURT [ ] NO [✓] YES - IF YES GIVE YOUR DATE OF ADMISSION. MO. Dec. YR. 1973

I DO HEREBY CERTIFY THAT I HAVE FILED OR WILL FILE A CERTIFICATE OF GOOD STANDING FROM THE __________ STATE COURT, PURSUANT TO CRIMINAL RULE 1 OF THE LOCAL RULES FOR THE SOUTHERN AND EASTERN DISTRICTS OF NEW YORK.

DATED: NEW YORK, NEW YORK
2/4/08

SIGNATURE Robert M. Baum

PRINT THE FOLLOWING INFORMATION CLEARLY

Robert M. Baum
Attorney for Defendant

Federal Defender Division
Firm name if any

52 Duane St 10th Fl.
Street address

New York NY 10007
City State Zip

212 285-2560
Telephone No

A TRUE COPY
UNITED STATES MAGISTRATE
FOR THE SOUTHERN DISTRICT OF N.Y.
__________ DEPUTY CLERK

NOTE: PLEASE COMPLETE THIS NOTICE OF APPEARANCE AND SUBMIT TO THE CLERK.
SNY CR. FORM REV. 0186

DISPOSITION SHEET

Rebecca A. Rohr
AUSA

DATE OF ARREST Saturday 2/2/08 ☐ VOL. SURRENDER
☐ ON WRIT
TIME OF ARREST 7:30 PM (9:30 PM into fed custody)
TIME OF PRESENTMENT 4:45

MAGISTRATE'S DOCKET NUMBER 08 MAG 226

PROCEEDING: ☐ Rule 5 ☐ Rule 9 ☐ Rule 40 ☐ Detention Hearing ☒ Other: Rule 5(c)(3)

☒ INTERPRETER NEEDED LANGUAGE: Spanish

DEFENDANT'S NAME: Jose Perez

COUNSEL'S NAME: Robert Baum, Esq. ☐ RETAINED ☒ LEGAL AID ☐ CJA

BAIL DISPOSITION

☒ DETENTION ☒ ON CONSENT W/O PREJUDICE ☐ SEE DETENTION ORDER
☐ DETENTION HEARING SCHEDULED AT DEFENDANT'S REQUEST FOR ______
☐ AGREED BAIL PACKAGE
☐ $ ______ PRB
☐ ______ FRP
☐ $ ______ CASH/PROPERTY: ______
☐ TRAVEL RESTRICTED TO SDNY/EDNY/ ______
☐ SURRENDER TRAVEL DOCUMENTS (& NO NEW APPLICATIONS)
☐ REGULAR PRETRIAL ☐ STRICT PRETRIAL ☐ DRUG TESTING/TREATMENT
☐ HOME INCARCERATION ☐ HOME DETENTION ☐ CURFEW ☐ ELECTRONIC MONITORING:
CONDITIONS: ______
☐ DEFENDANT TO BE RELEASED UPON FOLLOWING CONDITIONS:
______
REMAINING CONDITIONS TO BE MET BY ______
☐ OTHER: Def. requests the Govt. to notify Dominican consulate, AUSA Rohr states that the Govt has already done so.

A TRUE COPY
UNITED STATES MAGISTRATE
FOR THE SOUTHERN DISTRICT OF N.Y.
[signature] DEPUTY CLERK

FOR RULE 40 CASES:
☒ ID HEARING WAIVED
☒ DEFENDANT TO BE REMOVED
☐ PRELIMINARY HEARING WAIVED N/A
☐ ON DEFENDANT'S CONSENT

DATE FOR ~~PRELIMINARY HEARING~~ CONTROL DATE ~~N/A~~ 2/15/08 at 10AM ☐ ON DEFENDANT'S CONSENT
COMMENTS AND ADDITIONAL PROCEEDINGS:

DATE 2/4/08

Douglas F. Eaton
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**UNITED STATES COURTHOUSE**
**500 PEARL STREET**
**NEW YORK, NEW YORK 10007-1312**

U.S. DISTRICT COURT FILED FEB 04 2008 S.D. OF N.Y.

# MEDICAL ATTENTION FORM

DATE: FEB. 4, 2008

DEFENDANT: Jose PEREZ

DOCKET #: 08 MAG. 0226

**TO THE WARDENS OF THE METROPOLITAN CORRECTIONAL CENTER,**
**THE METROPOLITAN DETENTION CENTER,**
**OR ANY OTHER DETENTION FACILITY:**

The above-named defendant has been remanded in lieu of bail at the time of his/her presentment before this Court. At that time, the following information requiring medical attention for the defendant was disclosed:

He suffers from diabetes. He does not need medication, but he needs a special diabetic diet -- no meat, no carbohydrates.

A TRUE COPY
UNITED STATES MAGISTRATE
FOR THE SOUTHERN DISTRICT OF N.Y.
[signature] DEPUTY CLERK

[signature]
United States Magistrate Judge

AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT

SOUTHERN District of NEW YORK

UNITED STATES OF AMERICA
V.
JOSE PEREZ

**COMMITMENT TO ANOTHER DISTRICT**

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | CR07-113S | 08 MAG 0226 | |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

X Indictment ☐ Information ☐ Complaint ☐ Other (specify)

**charging a violation of** 18 **U.S.C. §** 1542

**DISTRICT OF OFFENSE**
District of Rhode Island

**DESCRIPTION OF CHARGES:**

Did willfully and knowingly make a false statement in an application for a passport.

U.S. DISTRICT COURT FILED FEB 04 2008 S.D. OF N.Y.

**CURRENT BOND STATUS:**

☐ Bail fixed at and conditions were not met
Government moved for detention and defendant detained after hearing in District of Arrest
X Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

**Representation:** ☐ Retained Own Counsel X Federal Defender Organization ☐ CJA Attorney ☐ None

**Interpreter Required?** ■ No X Yes Language: Spanish

**DISTRICT OF** NEW YORK (SOUTHERN)

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

Feb. 4, 2008 — Date

Douglas F. Eaton — United States Judge or Magistrate Judge

**RETURN**

**This commitment was received and executed as follows:**

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |

A TRUE COPY
UNITED STATES MAGISTRATE
FOR THE SOUTHERN DISTRICT OF N.Y.
DEPUTY CLERK