UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR07-113S |
| | ) | |
| JOSE PEREZ | ) | |

---

MOTION TO EXPEDITE SENTENCING

Now comes the defendant Jose Perez, by and through his counsel, and moves this Honorable Court to expedite the sentencing in this matter. In support of this motion counsel states that Mr. Marranzini's presentence report has been completed and is acceptable to the defendant. The advisory guideline range is 1 to 7 months of incarceration. Mr. Marranzini has been in custody for almost 5 months.

Wherefore, the defendant respectfully requests that his sentencing be scheduled as soon as is convenient with the Court's schedule. The sentencing is currently scheduled for July 24, 2008. The Government has no objection to this request.

Respectfully submitted
Jose Perez
By his attorney,

/s/ Kevin J. Fitzgerald, 5775
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281
FAX 528-4285
kevin_fitzgerald@fd.org

CERTIFICATION

I hereby certify that a copy of this notice was delivered by electronic notification to Zechariah Chafee, Assistant United States Attorney, on June 27, 2008.

/s/ Kevin J. Fitzgerald